IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KARIM MUHAMMAD,<br><br>    Plaintiff,<br><br>  v.<br><br>KEVIN J. BERRETH,<br><br>    Defendant.<br>_____/ | No. C 12-02407 CRB<br><br>**ORDER TO SHOW CAUSE** |

    Defendants filed two motions to dismiss Plaintiff's First Amended Complaint on December 4, 2012.  See Mots. (dkts. 52, 53).  Pursuant to Civil Local Rule 7-3, Plaintiff's opposition brief was due not more than fourteen days thereafter (December 18, 2012).  Plaintiff has failed to file an opposition brief to either motion.  Accordingly, Plaintiff is ORDERED to show cause by **5:00 PM on Monday, January 7, 2013** why his case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

    **IT IS SO ORDERED.**

Dated: January 2, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\2407\osc.wpd