IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KARIM MUHAMMAD,<br><br>    Plaintiff,<br><br>  v.<br><br>KEVIN J. BERRETH,<br><br>    Defendant.    / | No. C 12-02407 CRB<br><br>**ORDER TO SHOW CAUSE** |

   Defendant Superior Court of the State of California, County of Contra Costa filed a motion to dismiss Plaintiff's First Amended Complaint on December 31, 2012.  <u>See</u> Mot. (dkt. 62). Pursuant to Civil Local Rule 7-3, Plaintiff's opposition brief was due not more than fourteen days thereafter (January 14, 2013).  Plaintiff has failed to file an opposition brief to this motion. Accordingly, Plaintiff is ORDERED to show cause by **5:00 PM on Monday, January 28, 2013** why his case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

   **IT IS SO ORDERED.**

Dated: January 23, 2013

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\2407\draft second osc.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California