**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KARIM MUHAMMAD, | No. C 12-02407 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| KEVIN J. BERRETH, et al., | |
| Defendants. / | |

Having granted Defendants' motions to dismiss with prejudice, the Court hereby enters judgment for Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: February 25, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\2407\judgment.wpd